## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
#### ORLANDO DIVISION

CALLAN E. VAN INGEN,

      Plaintiff,

v.                                        Case No:   6:23-cv-2046-JSS-LHP

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant

---

### ORDER

Before the Court is Plaintiff's Petition for Attorney Fee Pursuant to § 206(b)(1).  Doc. No. 30.  Upon review, the Petition (Doc. No. 30) is **DENIED WITHOUT PREJUDICE** for failure to comply with Local Rule 3.01(g).  Plaintiff shall file a renewed motion that complies in full with all applicable Local Rules on or before **November 28, 2025**.

**DONE** and **ORDERED** in Orlando, Florida on November 14, 2025.

                                                              LESLIE HOFFMAN PRICE
                                          UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record